IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PETER J. VITAGLIANO and PETER VITAGLIANO<br>Plaintiffs | CIVIL ACTION |
| v. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE CO.<br>Defendant | NO. 02-CV-2954 |

FILED MAY 23 2002

**NOTICE OF AFFIDAVIT OF FILING**
**CERTIFIED COPY OF NOTICE OF REMOVAL**

TO THE CLERK OF COURT:

Please take notice of the attached Affidavit of Filing of the Certified copy of the Notice of Removal of Defendant State Farm Mutual Automobile Insurance Co. pursuant to 28 U.S.C. § 1441, et seq., with the Court of Common Pleas of Philadelphia County.

BRITT, HANKINS, SCHAIBLE & MOUGHAN

BY: _____
Joseph M. Hankins
Elizabeth Luening Long
Attorneys for Defendant

Dated: 5/23/02

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PETER J. VITAGLIANO and PETER VITAGLIANO<br>Plaintiffs | : <br> : <br> :  CIVIL ACTION <br> : |
| v. | : <br> : |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE CO.<br>Defendant | :  NO. <br> : <br> : <br> : |

## **AFFIDAVIT**

COMMONWEALTH OF PENNSYLVANIA   :
                                 :   SS
COUNTY OF PHILADELPHIA           :

I, Elizabeth Luening Long, Associate of Britt, Hankins, Schaible & Moughan, being sworn according to law, deposes and says that she filed a certified copy of Defendant's Notice of Removal of the foregoing action to Federal Court, including the Exhibit attached, with the Court of Common Pleas of Philadelphia County, Pennsylvania on May 17, 2002.

*Elizabeth Luening Long*

Sworn to and Subscribed
before me this 23rd day
of MAY, 2002.

*Anastasia Faracchio* NOTARY PUBLIC

NOTARIAL SEAL
ANASTASIA FARACCHIO, Notary Public
City of Philadelphia, Phila. County
My Commission Expires July 18, 2005

**BRITT, HANKINS, SCHAIBLE & MOUGHAN**
BY: Joseph M. Hankins, Esquire
Attorney I.D. No. 20052
Elizabeth Luening Long, Esquire
Attorney I.D. No. 84845
Suite 515, Two Penn Center Plaza
1500 John F. Kennedy Boulevard
Philadelphia, PA 19102-1888
(215) 569-6904

RECEIVED
02 MAY 17 PM 3: 44
PRO PROTHY

Attorney for Defendant,
State Farm Mutual Automobile
Insurance Company

| | |
|---|---|
| PETER J. VITAGLIANO and PETER VITAGLIANO | : COURT OF COMMON PLEAS<br>: PHILADELPHIA COUNTY |
| v. | : |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | : DECEMBER TERM 2001<br>: NO. 2297 |

TO THE PROTHONOTARY:

Pursuant to 28 U.S.C. § 1446 (e), Defendant State Farm Mutual Automobile Insurance Company hereby files the attached certified copy of the Notice of Removal filed with the Clerk of Court of the Eastern District of Pennsylvania on the 17th day of May 2002.

BRITT, HANKINS, SCHAIBLE & MOUGHAN

BY: _____
Joseph M. Hankins Esquire
Attorneys for Defendant,
State Farm Mutual Automobile Insurance Company

Dated: 5/22/02

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Notice of Notice of Removal has been served, this day, by regular mail as follows:

>Allen L. Feingold, Esquire
>The Windsor - Penthouse
>1700 Benjamin Franklin Parkway
>Philadelphia, PA 19103

Dated: 5/17/02

Joseph M. Hankins, Esquire

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Notice of Affidavit of Filing Certified Copy of Notice of Removal has been served, this day, by regular mail as follows:

> Allen L. Feingold, Esquire
> The Windsor - Penthouse
> 1700 Benjamin Franklin Parkway
> Philadelphia, PA 19103

*Elizabeth Luening Long*
Elizabeth Luening Long, Esquire

Dated: 5/23/02