IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PETER VITAGLIANO** | : | **CIVIL ACTION** |
| | : | **No. 02-CV-2954** |
| v. | : | |
| **STATE FARM MUTUAL AUTOMOBILE INS. CO.** | : | |

## ORDER

AND NOW, this 16th day of October, 2002, it is **ORDERED** that the parties, through counsel, shall appear on **October 30, 2002, at 4:00 p.m. in Courtroom 15B**, to show cause why this case should not be remanded to the state court.

The parties shall be prepared to address the following issues:

(1) Why this case should not be remanded for lack of subject matter jurisdiction in light of the Stipulation dated January 16, 2002; and,

(2) If the case is not remanded, what is the effect of the state court's Order of March 28, 2002, dismissing certain claims and Counts III of plaintiff's complaint.

TIMOTHY J. SAVAGE, J.