IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PETER VITAGLIANO** | : | **CIVIL ACTION** |
| | : | |
| | : | **No. 02-CV-2954** |
| **v.** | : | |
| | : | |
| | : | |
| **STATE FARM MUTUAL** | : | |
| **AUTOMOBILE INS. CO.** | : | |

## ORDER

AND NOW, this 30th day of October, 2002, the parties having entered into a written stipulation that the amount in controversy does not exceed $75,000, it is **ORDERED** that this matter is **REMANDED** to the Philadelphia County Court of Common Pleas, the state court from which it was removed, pursuant to 28 U.S.C. § 1447(c).

The Clerk is directed to return the state court record to the Prothonotary of the Philadelphia County Court of Common Pleas.

The Clerk is further directed to mark this matter closed.

TIMOTHY J. SAVAGE,  J.